UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

NERISSA EUBANKS, : Case No. 1:14-cv-929
:
    Plaintiff, : Judge Timothy S. Black
: Magistrate Judge Stephanie K. Bowman
vs. :
:
FEDERAL HOUSING :
COMMISSIONER, *et al.*, :
:
    Defendants. :

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 23, 2014, submitted a Report and Recommendations.  (Doc. 4).  Plaintiff filed objections.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1] Plaintiff's objection directs the Court to review an exhibit which allegedly "affirms that a constitutional claim was raised" in defense of her eviction. (Doc. 5). However, the fact that Plaintiff checked the box for "constitutional law" under "probable issues for review" on what appears to be the cover sheet for her state court appeal, does not evidence a basis for subject matter jurisdiction as explained in the Report and Recommendations.

determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. Section 1915(e)(2)(B); and

2. Pursuant to 28 U.S.C. Section 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore, Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 12/31/14

Timothy S. Black
United States District Judge